IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Brandy Danielle Levens                                  Case No. 25-00085-JAW
, Debtor                                                                              CHAPTER 13

**MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY**

COMES NOW, Debtor by and through counsel, and move this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code. Debtor's co-owner, Joshua Mack Dewitt, filed a separate Chapter 13 petition case number 25-00167.

2. That Debtor and Joshua Mack Dewitt has put up for sale for Certain Real Property located at 107 Donna Circle, Richland, MS 39218. This includes the house and land that is mortgaged by Freedom Mortgage, and more particularly described as:

    > Lot 9, STEPHENS HEIGHTS, a subdivision according to map or plat thereof which is on file and of record in the Office of the Chancery Clerk of Rankin County at Brandon, Mississippi, and recorded in Plat Book 3 at Page 13, reference to which is hereby made in aid of and as part of this decsription.

3. That Debtor and Joshua Mack Dewitt wishes to sell the property for $195,000. That the loan with Freedom Mortgage and all other valid liens should be paid in full from the proceeds.

4. Although both Debtors are in separate bankruptcy cases, the Property is jointly owned, and together they are entitled to claim a combined homestead exemption of **$75,000 total**, not $75,000 each under Miss. Code Ann. §85-3-21. Any funds in excess of the $75,000 homestead exemption should be turned over to the Trustee to apply to Debtors' and co-owner's bankruptcy.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533