IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Brandy Danielle Levens            Case No. 25-00085-JAW
, Debtor                                                                             CHAPTER 13

## NOTICE

Debtor has filed papers with the court to approve the sale of certain real property. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: September 19, 2025         Signature:    /s/ Thomas C. Rollins, Jr.
                                                   Thomas C. Rollins, Jr. (MSBN 103469)
                                                   Jennifer A Curry Calvillo (MSBN 104367)
                                                   The Rollins Law Firm, PLLC
                                                   PO Box 13767
                                                   Jackson, MS 39236
                                                   601-500-5533
                                                   trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Brandy Danielle Levens                                    Case No. 25-00085-JAW
, Debtor                                                                              CHAPTER 13

**MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY**

COMES NOW, Debtor by and through counsel, and move this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code. Debtor's co-owner, Joshua Mack Dewitt, filed a separate Chapter 13 petition case number 25-00167.

2. That Debtor and Joshua Mack Dewitt has put up for sale for Certain Real Property located at 107 Donna Circle, Richland, MS 39218. This includes the house and land that is mortgaged by Freedom Mortgage, and more particularly described as:

    Lot 9, STEPHENS HEIGHTS, a subdivision according to map or plat thereof which is on file and of record in the Office of the Chancery Clerk of Rankin County at Brandon, Mississippi, and recorded in Plat Book 3 at Page 13, reference to which is hereby made in aid of and as part of this decsription.

3. That Debtor and Joshua Mack Dewitt wishes to sell the property for $195,000.  That the loan with Freedom Mortgage and all other valid liens should be paid in full from the proceeds.

4. Although both Debtors are in separate bankruptcy cases, the Property is jointly owned, and together they are entitled to claim a combined homestead exemption of **$75,000 total**, not $75,000 each under Miss. Code Ann. §85-3-21. Any funds in excess of the $75,000 homestead exemption should be turned over to the Trustee to apply to Debtors' and co-owner's bankruptcy.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

        Respectfully submitted

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        Jennifer A Curry Calvillo (MSBN 104367)
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601-500-5533

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>BRANDY DANIELLE LEVENS | CASE NO: 25-00085<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/19/2025, I did cause a copy of the following documents, described below,

Notice ad Motion to Approve the Sale of Certain Real Property

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/19/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>BRANDY DANIELLE LEVENS | CASE NO: 25-00085<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 9/19/2025, a copy of the following documents, described below,

Notice ad Motion to Approve the Sale of Certain Real Property

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/19/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00085<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI SEP 19 11-20-58 PST 2025 | ~~(U)FREEDOM MORTGAGE CORPORATION~~ | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| AIDVANTAGE<br>ATTN BANKRUPTCY<br>PO BOX 300001<br>GREENVILLE  TX 75403-3001 | (P)ALDOUS   ASSOCIATES<br>PO BOX 171374<br>HOLLADAY UT 84117-1374 | BAPTIST MEMORIAL HOSPI<br>PO BOX 2252<br>BIRMINGHAM  AL 35246-0098 |
| BAPTIST MEMORIAL HOSPITAL<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | CITI CARD<br>PO BOX 790040<br>ST LOUIS  MO 63179-0040 | DANIEL LEVENS<br>3940 BLAKEWOOD DR<br>SEMMES  AL 36575-5544 |
| DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | EDFINANCIAL SERVICES<br>ATTN CLAIMS<br>PO BOX 36008<br>KNOXVILLE  TN 37930-6008 |
| FREEDOM MORTGAGE CORP<br>ATTN BANKRUPTCY<br>907 PLEASANT VALLEY<br>STE 3<br>MT LAUREL  NJ 08054-1210 | FREEDOM MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT<br>11988 EXIT 5 PKWY BLDG 4<br>FISHERS IN 46037-7939 | GULFCO OF MISSISSIPPI  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 |
| JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO NATIONAL BANKRUPTCY SERVICES  LLC<br>PO BOX 9013<br>ADDISON  TEXAS 75001-9013 | JOSHUA DEWITT<br>107 DONNA CIRLCE<br>RICHLAND  MS 39218-4404 | JPMCB<br>MAILCODE LA47100<br>700 KANSAS LANE<br>MONROE  LA 71203-4774 |
| NEWBORN ASSOCIATES<br>PO BOX 23515<br>JACKSON  MS 39225-3515 | SALLIE MAE BANK<br>PO BOX 3319<br>WILMINGTON DE 19804-4319 | SONYA LEVENS<br>3940 BLAKEWOOD DR<br>SEMMES  AL 36575-5544 |
| (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | US DEPARTMENT OF EDUCATION<br>EDFINANCIAL SERVICES<br>120 N SEVEN OAKS DRIVE<br>KNOXVILLE  TN 37922-2359 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |
| DEBTOR<br>BRANDY DANIELLE LEVENS<br>107 DONNA CIR<br>RICHLAND  MS 39218-4404 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | ~~EXCLUDE~~<br>~~TORRI PARKER MARTIN~~<br>~~TORRI PARKER MARTIN  CHAPTER 13~~<br>~~BANKRUPT~~<br>~~200 NORTH CONGRESS STREET  STE 400~~<br>~~JACKSON  MS 39201-1902~~ |