**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                           CHAPTER 13:

BRANDY DANIELLE LEVENS                                        CASE NO. 25-00085 JAW

**TRUSTEE'S RESPONSE TO**
**DEBTOR'S MOTION TO SELL PROPERTY**

COMES NOW, Kellie Grizzell on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Response to Debtor's Motion To Sell Property (Docket #25) and in support thereof, would show unto the Court the following:

1. The Debtor's Motion proposes to sell the real homestead property, with co-owner, Joshua Mack Dewitt, located at: 107 Donna Circle, Richland, MS, 39218 (Rankin County) for $195,000.00.

2. The Debtor's Motion proposes that the proceeds of the sale of the property be utilized to satisfy the mortgage held by Freedom Mortgage Corporation (Claims Docket #7-1), and the remaining funds be disbursed to the Debtor and co-owner based on the claim for the homestead exemption up to $75,000.00 pursuant to Miss. Code Ann. §85-3-21.

3. The Debtor's Chapter 13 Plan was filed on January 10, 2025.

4. The Debtor's plan was confirmed on March 18, 2025 (Docket #18).

5. The Debtor has completed eight (8) months of the sixty (60) plan months.

6. The Trustee does not object.

7. The Trustee requests that any proceeds, from the sale of the homestead property, exceeding the exempt and secured claim payoff amounts, be disbursed to the Trustee for the benefit of the bankruptcy estate.

8. The Debtor should be required to submit a copy of the H.U.D. Settlement Statement from the closing attorney and/or similar settlement statement from Freedom Mortgage Corporation to the Trustee.

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays that this Response be received and filed and at the hearing hereon, an Order be entered granting the Motion to Sale Property and require the Debtor to (1) disburse any proceeds that exceed the exempt and secured claim payoff amounts to the Trustee for the benefit of the bankruptcy estate and (2) timely provide a copy of the H.U.D. Settlement Statement from the closing attorney and Freedom Mortgage Corporation to the Trustee; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: October 21, 2025

Respectfully Submitted,

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: KGrizzell@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Kellie Grizzell, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Response to the following, by electronic, ECF filing, and/or mail to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

**Thomas C. Rollins, Jr., MSB# 103469**
The Rollins Law Firm, PLLC
P.O. BOX 13767
Jackson, MS 39236
Office: (601) 500-5533
Email: trollins@therollinsfirm.com

DATED: October 21, 2025

/s/Kellie Grizzell
Kellie Grizzell