---



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 22, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         **CHAPTER 13:**

**BRANDY DANIELLE LEVENS**                       **CASE NO. 25-00085 JAW**

### WITHDRAWAL ORDER

**THIS MATTER** came before the Court on the Trustee's Response to the Debtor's Motion for Sale of Property (Docket #28). The Court, having fully considered the matter, is advised that the Trustee requests to withdraw the Trustee's Response (Docket #28) as the Court previously entered an Order Approving the Sale of the Property (Docket #27).

**IT IS, THEREFORE ORDERED AND ADJUDGED** that the Trustee's Response to the Debtor's Motion for Sale of Property (Docket #28) is hereby withdrawn.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: KGrizzell@tpmartinch13.com