# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Brandy Danielle Levens, Debtor                    Case No. 25-00085-JAW
                                                           CHAPTER 13

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.
**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: February 4, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer Ann Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             P.O. Box 13767
                                             Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Brandy Danielle Levens, Debtor                    Case No. 25-00085-JAW
                                                            CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on January 10, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtor is no longer living with her ex-partner, therefor her household income has changed per the Supplemental I/J filed (Dk # 32).

3. The Debtor wishes to modify the plan to reduce the monthly plan payment to $245.00 or a higher amount if needed to pay priority and secured claims as provided for in the Confirmed Plan.

4. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                                         Respectfully submitted

                                         /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on February 4, 2026, to:

By Electronic CM/ECF Notice:

  Torri Parker Martin

  U.S. Trustee

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BRANDY DANIELLE LEVENS

CASE NO: 25-00085

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 2/4/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/4/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BRANDY DANIELLE LEVENS

CASE NO: 25-00085

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 2/4/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/4/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00085<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED FEB 4 8-49-2 PST 2026 | ~~(U)FREEDOM MORTGAGE CORPORATION~~ | ~~US BANKRUPTCY COURT<br>THAD COCHRAN US COURTHOUSE<br>501 E COURT STREET<br>SUITE 2300<br>JACKSON  MS 39201-5036~~ |

| AIDVANTAGE<br>ATTN BANKRUPTCY<br>PO BOX 300001<br>GREENVILLE  TX 75403-3001 | (P)ALDOUS  ASSOCIATES<br>PO BOX 171374<br>HOLLADAY UT 84117-1374 | BAPTIST MEMORIAL HOSPI<br>PO BOX 2252<br>BIRMINGHAM  AL 35246-0098 |
|---|---|---|

| BAPTIST MEMORIAL HOSPITAL<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | CITI CARD<br>PO BOX 790040<br>ST LOUIS  MO 63179-0040 | DANIEL LEVENS<br>3940 BLAKEWOOD DR<br>SEMMES  AL 36575-5544 |
|---|---|---|

| DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY  OH 43054-3025 | EDFINANCIAL SERVICES<br>ATTN CLAIMS<br>PO BOX 36008<br>KNOXVILLE  TN 37930-6008 |
|---|---|---|

| FREEDOM MORTGAGE CORP<br>ATTN BANKRUPTCY<br>907 PLEASANT VALLEY<br>STE 3<br>MT LAUREL  NJ 08054-1210 | FREEDOM MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT<br>11988 EXIT 5 PKWY BLDG 4<br>FISHERS IN 46037-7939 | GULFCO OF MISSISSIPPI  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 |
|---|---|---|

| JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO NATIONAL BANKRUPTCY SERVICES  LLC<br>PO BOX 9013<br>ADDISON  TEXAS 75001-9013 | JOSHUA DEWITT<br>107 DONNA CIRLCE<br>RICHLAND  MS 39218-4404 | JPMCB<br>MAILCODE LA47100<br>700 KANSAS LANE<br>MONROE  LA 71203-4774 |
|---|---|---|

| NEWBORN ASSOCIATES<br>PO BOX 23515<br>JACKSON  MS 39225-3515 | SALLIE MAE BANK<br>PO BOX 3319<br>WILMINGTON DE 19804-4319 | SONYA LEVENS<br>3940 BLAKEWOOD DR<br>SEMMES  AL 36575-5544 |
|---|---|---|

| | | ~~EXCLUDE~~ |
|---|---|---|
| (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | US DEPARTMENT OF EDUCATION<br>EDFINANCIAL SERVICES<br>120 N SEVEN OAKS DRIVE<br>KNOXVILLE  TN 37922-2359 | ~~UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON  MS 39201-5022~~ |

| DEBTOR | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| BRANDY DANIELLE LEVENS<br>107 DONNA CIR<br>RICHLAND  MS 39218-4404 | ~~THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767~~ | ~~TORRI PARKER MARTIN<br>TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT<br>200 NORTH CONGRESS STREET  STE 400<br>JACKSON  MS 39201-1902~~ |