**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **BRANDY DANIELLE LEVENS** | **CASE NO. 25-00085-JAW** |

**<u>ORDER TERMINATING KELLIE GRIZZELL AS COUNSEL OF RECORD FOR TRUSTEE TORRI PARKER MARTIN</u>**

This Matter came before the Court on the Trustee's Motion to Terminate Kellie Grizzell, Mississippi Bar No. 105681 (Docket #34). Thus, having considered the matter, the Court finds that the Trustee's Motion is in the best interest of the bankruptcy estate and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion is hereby granted.

**##END OF ORDER##**

Submitted By:

/s/ Torri Parker Martin
Torri Parker Martin, MSB# 103938
Standing Chapter Thirteen Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: tpm@tpmartinch13.com