**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **BRANDY DANIELLE LEVENS** | **CASE NO. 25-00085-JAW** |

**TRUSTEE'S OBJECTION TO**
**DEBTOR'S MODIFIED CHAPTER 13 PLAN**

**COMES NOW**, Trustee Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Objection to Debtor's Modified Chapter 13 Plan (Docket #33) and in support thereof, would show unto the Court the following:

1. The Debtor's Modified Chapter 13 plan proposes to modify the plan to reduce the wage withholding order from $1,406.00 to $245.00 monthly.

2. The proposed reduction will reduce the distribution to unsecured creditors from 100% to approximately 30%.

3. The petition was filed January 10, 2025.

4. The case was confirmed March 18, 2025 with a distribution to unsecured creditors in the amount of $66,690.64.

5. The plan was previously modified based on a Motion and Order approving the sell of homestead property (Docket #27) located at 107 Donna Circle, Richland, MS 39218.

6. The Proof of Claim (Claim No. 7-1) for Freedom Mortgage in the amount of $181,320.97 plus 6.2500% interest was secured by the property located at 107 Donna Circle, Richland, MS 39218.

7. Although the Order Approving the Sale (Docket #27) states, "If any funds still exist over the homestead exemption of $75,000, Settlement Agent shall turn the funds over

to the Trustee…," the Trustee never received documentation evidencing the purchase price of the homestead or the amount of homestead exemption paid to the Debtor.

8. The Trustee requests documentation evidencing the purchase price and H.U.D. Settlement Statement from the closing attorney and/or similar settlement statement from Freedom Mortgage Corporation or the Debtor prior to approval of the proposed modified plan.

9. Based on the updated Schedules (I/J), the Trustee requests copies of the Debtor's current pay advices, tax returns and bank statements prior to approval of the proposed modified plan.

10. Until the requested documentation has been provided to the Trustee with an opportunity for review, the Trustee objects to the proposed modified plan.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that this Objection be received and filed and at the hearing hereon an Order be entered denying the Modified Chapter 13 Plan, or in the alternative, the Debtor be required to timely provide the requested documents and allow the Trustee appropriate time to review and object, if necessary, prior to approving the modified plan; and any further general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: March 5, 2026

Respectfully Submitted,

/s/ *Catoria Martin*
Catoria Martin, MSB# 103938
Standing Chapter Thirteen Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-1983
Email: Trustee@TPMartinCH13.com

## CERTIFICATE OF SERVICE

      I, Catoria Martin, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing Objection to the following, all by ECF system: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtor:**

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

      DATED: March 5, 2026

                                                  /s/ *Catoria Martin*
                                                  Catoria Martin