United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                        Case No. 25-00085-JAW

Brandy Danielle Levens                                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Brandy Danielle Levens, 107 Donna Cir, Richland, MS 39218-4404 |
| | + SOUTHERN FARM BUREAU, ATTN: PAYROLL DEPT, P. O. BOX 78, JACKSON, MS 39205-0078 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026          Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Karen A. Maxcy | on behalf of Creditor Freedom Mortgage Corporation karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandy Danielle Levens trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | |

District/off: 0538-3                    User: mssbad                              Page 2 of 2
Date Rcvd: Mar 20, 2026                 Form ID: pdf012                           Total Noticed: 2

on behalf of Trustee Torri Parker Martin tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

**IN THE MATTER OF:**                                    **CASE NO.: 25-00085 - JAW**
**BRANDY DANIELLE LEVENS**
**SS#:   XXX-XX-7910**

### RELEASE OF WAGES

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S
EMPLOYER:

SOUTHERN FARM BUREAU
ATTN: PAYROLL DEPT
P. O.  BOX 78
JACKSON, MS 39205-0000

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Torri Parker Martin
Standing Chapter 13 Trustee
200 NORTH CONGRESS STREET
SUITE 400
JACKSON, MS 39201-1902

IS VACATED FOR THE FOLLOWING REASON(S): CASE CONVERTED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY
WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##