# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Brandy Danielle Levens**                                                    Case No.   **25-00085**
                                      Debtor(s)                          Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March 31, 2026**                         **/s/ Brandy Danielle Levens**
                                                **Brandy Danielle Levens**
                                                Signature of Debtor

BRANDY DANIELLE LEVENS
107 DONNA CIR
RICHLAND, MS 39218

FHOLHS SERVICES***
PO BOX 679302
DALLAS, TX 75267

XFINITY***
600 GALLERIA PKWY
ATLANTA, GA 30339

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

FREEDOM MORTGAGE CORP
ATTN: BANKRUPTCY
907 PLEASANT VALLEY
STE 3
MT LAUREL, NJ 08054

AIDVANTAGE
ATTN: BANKRUPTCY
PO BOX 300001
GREENVILLE, TX 75403

JOSHUA DEWITT
107 DONNA CIRLCE
RICHLAND, MS 39218

ALDOUS AND ASSOCIATES
ATTN: BANKRUPTCY
PO BOX 171374
HOLLADAY, UT 84117

JPMCB
MAILCODE LA4-7100
700 KANSAS LANE
MONROE, LA 71203

BAPTIST MEMORIAL HOSPI
PO BOX 2252
BIRMINGHAM, AL 35246

LAKELAND RADIOLOGIS***
PO BOX 23073
JACKSON, MS 39225-3073

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

NEWBORN ASSOCIATES
P.O. BOX 23515
JACKSON, MS 39225-3515

DANIEL LEVENS
3940 BLAKEWOOD DR
SEMMES, AL 36575

RELIAS EMERGENCY ME***
P.O. BOX 30275
CHARLOTTE, NC 28230-0207

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054

SONYA LEVENS
3940 BLAKEWOOD DR
SEMMES, AL 36575

EDFINANCIAL SERVICES
ATTN: CLAIMS
PO BOX 36008
KNOXVILLE, TN 37930

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232