Certificate Number: 17082-MSS-DE-041023206

Bankruptcy Case Number: 25-00085



17082-MSS-DE-041023206

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 26, 2026, at 8:24 o'clock AM MST, BRANDY D LEVENS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   May 27, 2026          By:      /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director