United States Bankruptcy Court

Southern District of Mississippi

In re:

Brandy Danielle Levens

    Debtor

Case No. 25-00085-JAW

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: 318 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandy Danielle Levens, 12088 Lamey Bridge Apt 507, D'Iberville, MS 39540-4969 |
| 5461781 | + | Baptist Memorial Hospi, PO Box 2252, Birmingham, AL 35246-0098 |
| 5461783 | + | Daniel Levens, 3940 Blakewood Dr, Semmes, AL 36575-5544 |
| 5646099 | + | FHOLHS SERVICES, PO BOX 679302, DALLAS, TX 75267-9302 |
| 5461787 | #+ | Joshua Dewitt, 107 Donna Cirlce, Richland, MS 39218-4404 |
| 5646100 | | LAKELAND RADIOLOGIST, PO BOX 23073, JACKSON, MS 39225-3073 |
| 5461789 | | Newborn Associates, P.O. Box 23515, Jackson, MS 39225-3515 |
| 5646101 | + | RELIAS EMERGENCY ME, P.O. BOX 30275, CHARLOTTE, NC 28230-0275 |
| 5461790 | + | Sonya Levens, 3940 Blakewood Dr, Semmes, AL 36575-5544 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5461780 | | Email/Text: cs@aldouslegal.com | Jun 23 2026 19:38:00 | Aldous and Associates, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117 |
| 5461779 | + | EDI: MAXMSAIDV | Jun 23 2026 23:34:00 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 5477191 | + | Email/Text: BNCnotices@dcmservices.com | Jun 23 2026 19:38:00 | Baptist Memorial Hospital, PO Box 1123, Minneapolis MN 55440-1123 |
| 5461782 | + | EDI: CITICORP | Jun 23 2026 23:34:00 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5473989 | | EDI: DISCOVER | Jun 23 2026 23:34:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5461784 | + | EDI: DISCOVER | Jun 23 2026 23:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5461785 | + | Email/Text: EBN@edfinancial.com | Jun 23 2026 19:37:00 | EdFinancial Services, Attn: Claims, Po Box 36008, Knoxville, TN 37930-6008 |
| 5461786 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 23 2026 19:38:00 | Freedom Mortgage Corp, Attn: Bankruptcy, 907 Pleasant Valley, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5485923 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 23 2026 19:38:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers IN 46037-8022 |
| 5488300 | + | Email/Text: bankruptcycourt@towerloan.com | Jun 23 2026 19:38:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5468485 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 23 2026 19:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5461788 | + | EDI: JPMORGANCHASE | Jun 23 2026 23:34:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, |

District/off: 0538-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 23, 2026 | Form ID: 318 | Total Noticed: 25

| | | | | Monroe, LA 71203-4774 |
|---|---|---|---|---|
| 5473707 | + | EDI: SALLIEMAEBANK.COM | Jun 23 2026 23:34:00 | Sallie Mae Bank, P.O. Box 3319, Wilmington DE 19804-4319 |
| 5461791 | | Email/Text: bankruptcycourt@towerloan.com | Jun 23 2026 19:38:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5467281 | + | Email/Text: EBN@edfinancial.com | Jun 23 2026 19:37:00 | US Department of Education, Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5646102 | + | EDI: COMCASTCBLCENT | Jun 23 2026 23:34:00 | XFINITY, 600 GALLERIA PKWY, ATLANTA, GA 30339-5994 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Karen A. Maxcy | on behalf of Creditor Freedom Mortgage Corporation karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandy Danielle Levens trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | on behalf of Trustee Torri Parker Martin tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| *Information to identify the case:* | | |
|---|---|---|
| Debtor 1 | **Brandy Danielle Levens** | Social Security number or ITIN   **xxx–xx–7910** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25–00085–JAW** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Brandy Danielle Levens**

Dated: 6/23/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**